## H. Wayne MEACHUM *v.* WORTHEN BANK & TRUST COMPANY, N.A.

85-19                                   685 S.W.2d 173

Supreme Court of Arkansas
Opinion delivered March 11, 1985

*Haley, Polk & Heister, P.A.,* by: *Peter B. Heister,* for appellant.

*Wright, Lindsey & Jennings,* for appellee.

PER CURIAM. Petition for review is denied.

HICKMAN, J., concurs.

DARRELL HICKMAN, Justice, concurring. I write merely to note that at the first opportunity I intend to re-examine the holding in *SD Leasing, Inc.* v. *Al Spain & Assoc., Inc.,* 277 Ark. 178, 640 S.W.2d 451 (1982).